

March 19, 2021

**VIA E-FILING**

Honorable Lynn Adelman
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *Kelly Nieuwenhuis, et al. v. Roadhouse of New Berlin, LLC, et al.*
United States District Court - Eastern District of Wisconsin
Case No. 20-cv-283

Dear Judge Adelman:

I am pleased to report that we have reached a confidential resolution in this matter. A proposed Stipulation and Order for Dismissal with Prejudice will be filed with the Court in short order.

Respectfully,

*s/ Eric L. Andrews*

Eric L. Andrews


cc: Jason S. Richard, Esq. (via E-Filing)
Matthew S. Mayer, Esq. (via E-Filing)

735 North Water Street, Suite 610 | Milwaukee, WI | 53202
Tel: (414) 436-0353 | Fax: (414) 436-0354
www.mwhlawgroup.com

Chicago, IL
Indianapolis, IN
West Des Moines, IA

Case 2:20-cv-00283-LA   Filed 03/19/21   Page 1 of 1   Document 20